United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 22-12178-RB

Judith F Green                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: van102 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith F Green, 72900 Skyward Way, Palm Desert, CA 92260-6035 |
| 41204180 | + | Citizens One Bank, PO Box 42010, Providence, RI 02940-2010 |
| 41204186 | + | Jewelry Television / Synchrony, PO Box 960061, Orlando, FL 32896-0061 |
| 41204187 | + | Liberty Reverse Mortgage, 10951 White Rock Road, Suite 200, Rancho Cordova, CA 95670-6366 |
| 41204191 | + | TJX Store Credit Card, PO Box 530948, Atlanta, GA 30353-0948 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 03 2022 00:35:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41204174 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 03 2022 00:34:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 41204175 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 00:50:25 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 41204179 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 03 2022 00:34:00 | Citizens Bank, PO Box 42010, Providence, RI 02940 |
| 41204176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2022 00:50:24 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 41204177 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 00:50:25 | Care Credit/Synchrony, PO Box 960061, Orlando, FL 32896-0061 |
| 41204181 | | Email/Text: mrdiscen@discover.com | Nov 03 2022 00:34:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 41204183 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 00:50:01 | EVine/ShopHQ, PO Box 960009, Orlando, FL 32896-0009 |
| 41204184 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 03 2022 00:35:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41204185 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2022 00:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41204178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2022 00:50:13 | Chase Credit Card, PO Box 6294, Carol Stream, IL 60197 |
| 41204188 | + | Email/Text: bnc@nordstrom.com | Nov 03 2022 00:35:48 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 41204189 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 00:50:25 | QCard/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |

District/off: 0973-6                        User: admin                                    Page 2 of 2
Date Rcvd: Nov 02, 2022                     Form ID: van102                              Total Noticed: 21

| 41204190 | + Email/Text: servicing@svcfin.com | | |
| | | Nov 03 2022 00:35:00 | Service Finance Company, LLC, 555 South Federal Highway, #200, Boca Raton, FL 33432-6033 |
| 41204193 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 03 2022 00:35:00 | WFCB-HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 41204192 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Nov 03 2022 00:50:01 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41204182 | ##+ | Dividend Financial Services, 433 California St, Suite 300, San Francisco, CA 94104-2007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Judith F Green bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com  C135@ecfcbis.com |
| Theron S Covey | on behalf of Creditor PHH Mortgage Corporation tcovey@raslg.com  sferry@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**                          **BANKRUPTCY NO.**  6:22–bk–12178–RB
Judith F Green                                      **CHAPTER**  7
**SSN:** xxx–xx–6180
**EIN:** N/A

72900 Skyward Way
Palm Desert, CA 92260

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

BY THE COURT,

Dated: November 2, 2022                             **Kathleen J. Campbell**
                                                    Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2015                                        **19 / AUTU**